AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gajarsa, Arthur J. | U.S. Court of Appeals for the Federal Circuit | 07/27/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Appeals Judge - Senior | ☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>06/30/2012 |

**7. Chambers or Office Address**

717 Madison Place, N.W.
Washington, D.C. 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Rensselaer Institute |
| 2. | Board of Visitors | Georgetown University |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 07/27/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2/12 -6/12 | University of New Hampshire School of Law - Professor (Salary position) | $10,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN CONFERENCE INSTITUTE | 01/29/2011-02/01/2011 | NEW YORK, NY | SPEAKING AT SYMPOSIUM | TRANSPORTATION, MEALS, LODGING |
| 2. | LOS ANGELES INTELLECTUAL PROPERTY LAW ASSOCIATION | 03/18/2011-03/22/2011 | LOS ANGELES, CA | KEYNOTE SPEAKER | TRANSPORTATION, MEALS, LODGING |
| 3. | NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION | 03/24/11 - 03/26/11 | NEW YORK, NY | SPEAKING AT SYMPOSIUM & ANNUAL JUDGES DINNER | TRANSPORTATION, MEALS, LODGING |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gajarsa, Arthur J. | 07/27/2012 |

| | | | | |
|---|---|---|---|---|
| 4. | FEDERAL CIRCUIT BAR ASSOCIATION | 03/31/2011-04/01/2011 | SAN JOSE, CALIFORNIA | SPEAKING AT SYMPOSIUM | TRANSPORTATION, MEALS, LODGING |
| 5. | PHILADELPHIA INTELLECTUAL PROPERTY LAW ASSOCIATION | 04/26/2011-04/27/2011 | NEW YORK, NY | KEYNOTE SPEAKER AT THE JOINT PRIVATE PRACTICE | TRANSPORTATION, MEALS, LODGING, CABS |
| 6. | CONNECTICUT INTELLECTUAL PROPERTY LAW ASSOCIATION | 04/27/2011-04/28/2011 | NEW HAVEN, CT | KEYNOTE SPEAKER AT ANNUAL DINNER | NONE |
| 7. | FEDERAL CIRCUIT BAR ASSOCIATION | 05/16/2011-05/18/2011 | MUNICH, GERMANY | SYMPOSIUM | TRANSPORTATION, MEALS, LODGING |
| 8. | ASSOCIATION OF CORPORATE PATENT ATTORNEYS | 06/26/2011-06/29/2011 | SEATTLE, WA | SPEAKING AT SYMPOSIUM | TRANSPORTATION, MEALS, LODGING, CABS, PARKING |
| 9. | US PATENT & TRADEMARK OFFICE-CHAMBER OF COMMERCE- FEDERAL CIRCUIT BAR ASSOCIATION | 10/22/2011-10/28/2011 | TOKYO, JAPAN | PANEL MEMBER AT VARIOUS PRESENTATIONS | TRANSPORTATION, MEALS, LODGING |
| 10. | ECNI | 11/08/2011-11/11/2011 | ROME, ITALY | KEYNOTE SPEAKER & PRESENTATION IN SYMPOSIUM | TRANSPORTATION, MEALS, LODGING, CABS |
| 11. | NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION | 03/23/2012 - 03/24/2012 | NEW YORK, NY | ATTENDANCE AT 90TH ANNUAL DINNER IN HONOR OF THE FEDERAL JUDICIARY | TRANSPORTATION, MEALS, LODGING |
| 12. | STANFORD LAW SCHOOL CONFERENCE ON INTELLECTUAL PROPERTY LAW AND BIOSCIENCES | 04/26/2012 - 04/27/2012 | SAN FRANCISCO, CA | PARTICIPANT IN CONFERENCE | TRANSPORTATION, MEALS, LODGING |
| 13. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 07/27/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | MORGAN STANLEY SMITH BARNEY | MARGIN LOAN | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 07/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  COIN COLLECTION | | None | L | W | | | | | |
| 2.  BANK OF AMERICA | A | Interest | K | T | | | | | |
| 3.  ROCKYWOLD DEEPHAVEN CAMPS | A | Dividend | K | T | | | | | |
| 4.  SPECIAL SITUATIONS LIFE SCIENCES FUND LP | D | Int./Div. | M | U | | | | | |
| 5.  ORTEC THERAPEUTICS INC | A | Dividend | K | T | | | | | |
| 6.  CHASE PACKAGING CORP TEX | | None | J | T | | | | | |
| 7.  EAGLE BANCORP INC MD | | None | K | T | | | | | |
| 8.  HOLOGIC INC | | None | K | T | | | | | |
| 9.  INSULET CORP | | None | L | T | | | | | |
| 10.  CONSOLIDATED EDISON | D | Dividend | L | T | | | | | |
| 11.  NORTHEAST UTILITIES ( FORMALY NSTAR) | C | Dividend | L | T | | | | | |
| 12.  UDR INC | B | Dividend | K | T | | | | | |
| 13.  UNIVERSAL HEALTH REALTY INCOME TRUST | E | Dividend | M | T | | | | | |
| 14.  BABSON CAP COMP INVESTORS (FORMALY MASSMUTUAL CORP IN) | D | Dividend | M | T | | | | | |
| 15.  BABSON CAP PARTNERS INVESTO (FORMALY MASS MUTUAL PARTICIP) | E | Dividend | M | T | | | | | |
| 16.  EATON VANCE GREATER INDIA FUND | A | Dividend | M | T | | | | | |
| 17.  CITIBANK NA BNK DEPO PRGM "ACCOUNTS" | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 07/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. ANADIGICS INC | | None | J | T | | | | | |
| 19. CORNING INC | A | Dividend | K | T | | | | | |
| 20. RUMSON-FAIR HAVEN BK & TRUST CO | | None | K | T | | | | | |
| 21. TGC INDUSTRIES INC | | None | M | T | | | | | |
| 22. POWERSHARES EXCHANGE - TRADED FD | A | Dividend | J | T | | | | | |
| 23. CPI CAPITAL NORTH AMERICA SER A | | None | L | T | | | | | |
| 24. CAPITOL PRIVATE OPP LP | E | Int./Div. | N | T | | | | | |
| 25. | | | | | Buy (add'l) | 01/27/11 | L | | |
| 26. FACEBOOK COMMON STOCK | | None | | | Buy | 05/18/12 | K | | |
| 27. | | None | | | Sold | 06/19/12 | K | | |
| 28. MORGAN STANLEY SMITH BARNEY IRA | A | Int./Div. | J | T | | | | | |
| 29. - CITI BANK NA BANK DEPOSIT PROGRAM "ACCOUNT" | | | | | | | | | |
| 30. - BANK OF AMERICA CORP | | | | | | | | | |
| 31. MORGAN STANLEY SMITH BARNEY IRA | A | Int./Div. | M | T | | | | | |
| 32. -CITIBANK NA SOUTH DAKOTA BNK DEPO PRGM "ACCOUNT" | | | | | | | | | |
| 33. -CVCI CAYMEN OFF II CLA | | | | | | | | | |
| 34. | | | | | Buy (add'l) | 02/01/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 07/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/01/11 | K | | |
| 36.  AMERITRADE IRA | E | Int./Div. | P1 | T | | | | | |
| 37.  -CASH INSURED DEPOSIT "ACCOUNT" | | | | | | | | | |
| 38.  -ANADIGICS INC | | | | | | | | | |
| 39.  -BANK OF AMERICA CORP | | | | | | | | | |
| 40.  -CHASE PACKAGING CORPORATION | | | | | | | | | |
| 41.  -DIANA CONTAINERSHIPS INC | | | | | Buy | 01/19/11 | J | | |
| 42.  -DIANA SHIPPING INC | | | | | | | | | |
| 43.  -DISCOVER FINL SVCS | | | | | | | | | |
| 44.  -GENERAL ELECTRIC COMPANY | | | | | | | | | |
| 45.  -GOLDCORP INC | | | | | | | | | |
| 46.  -HEALTH CARE REIT INC | | | | | | | | | |
| 47.  -INSULET CORPORATION | | | | | | | | | |
| 48.  -INTERMEC INC | | | | | | | | | |
| 49.  -INTRAOP MEDICAL CORP | | | | | | | | | |
| 50.  -LEGG MASON INC | | | | | | | | | |
| 51.  -BABSON CAP COMP INVESTORS (FORMALY MASSMUTUAL CORP IN) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gajarsa, Arthur J. | 07/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -BABSON CAP PARTNERS INVESTO (FORMALY MASS MUTUAL PARTICIP) | | | | | | | | | |
| 53. -ROSETTA STONE, INC | | | | | Sold | 03/11/11 | J | | |
| 54. -RUMSON-FAIR HAVEN BANK & TRUST | | | | | | | | | |
| 55. -STEC INC | | | | | | | | | |
| 56. -SUPREME INDS INC CL A | | | | | Buy | 04/25/12 | K | | |
| 57. -TGC INDS INC | | | | | | | | | |
| 58. -UNIVERSAL HEALTH REALTY INCM T SH BEN INT | | | | | | | | | |
| 59. -WORLD FUEL SERVICE CORP | | | | | Buy | 02/03/11 | K | | |
| 60. AMERITRADE ROTH IRA | A | Int./Div. | J | T | | | | | |
| 61. -ENERGY CONVERSION DEVICES INC | | | | | | | | | |
| 62. -MOTOROLA INC | | | | | | | | | |
| 63. -MOTOROLA MOBILITY HOLDINGS INC | | | | | Spinoff (from line 62) | 01/04/11 | J | | |
| 64. | | | | | Sold | 08/12/11 | J | | |
| 65. AMERICAN EUROPACIFIC GROWTH FUND 529-A | | None | J | T | | | | | |
| 66. AMERICAN GROWTH FUND OF AMERICA 529-A | | None | J | T | | | | | |
| 67. AMERICAN NEW PERSPECTIVE FUND CL 529-A | | None | K | T | | | | | |
| 68. AMERICAN WASHINGTON MUTUAL INVESTORS FUND CL 529-A | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 07/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 07/27/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII:

LINE 11:  NSTAR - MERGED WITH NORTHEAST UTILITIES ON 04/10/2012.

LINES 14 & 15 AND LINES 51 & 52, HAD A NAME CHANGE DURING THE YEAR. LINE 14 & 51 NEW NAME BABSON CAPITAL CORP INVESTORS COM FROM MASSMUTUAL CORP INVESTORS . LINES 15 & 52 NEW NAME BABSON CAPITAL PART INVESTORS FROM MASS MUTUAL PARTICIPATION INVS .

LINES 65 - 68 HAD A NAME CHANGE, AMERICAN WAS ADDED TO THE BEGINNING OF EACH INVESTMENT.

MORGAN STANLEY IRA ACCOUNTS UTILIZE VARIOUS CITI BANK CASH ACCOUNTS IN THEIR BANK DEPOSIT PROGRAM. THESE ACCOUNTS OPEN & CLOSE DURING THE YEAR AS CASH FLOWS THROUGH THE ACCOUNTS. THERE IS NO GAIN OR LOSS UPON THE CLOSING OF THESE CASH DEPOSIT PROGRAM ACCOUNTS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Arthur J. Gajarsa**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544